# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DIANE STEWARD**                                                                **PLAINTIFF**

V.                    **NO. 3:06CV00151-BD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                    **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1